UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| IN RE: STEERING ANGLE SENSORS CASES | : : : | |
| THIS DOCUMENT RELATES TO: ALL DEALERSHIP ACTIONS | : : : : | 2:13-cv-01602-MOB-MKM |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Dealership Plaintiffs hereby give notice of their voluntary dismissal of Defendants Hitachi, Ltd., Hitachi Automotive Systems, Ltd., and Hitachi Automotive Systems Americas, Inc. (collectively, "Hitachi Defendants") from this action. The Hitachi Defendants have not filed answers or motions for summary judgment with respect to the Dealership Plaintiffs' Consolidated Amended Class Action Complaint filed on June 20, 2014.

Date:  July 3, 2014

Respectfully submitted,

/s/*Brendan H. Frey*
Gerard V. Mantese (Michigan Bar No. P34424)
Brendan H. Frey (Michigan Bar No P70893)
Mantese Honigman Rossman
  and Williamson, P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
Phone: (248) 457-9200 ext. 203
Fax: (248) 457-9201
Email: gmantese@manteselaw.com
bfrey@manteselaw.com

*Interim Liaison Counsel for Dealership Plaintiffs*

Jonathan W. Cuneo
Joel Davidow
Victoria Romanenko
Cuneo Gilbert & LaDuca, LLP
507 C Street, N.E.
Washington, DC 20002
Phone: (202) 789-3960
Fax: (202) 789-1813
Email: jonc@cuneolaw.com
Joel@cuneolaw.com
Vicky@cuneolaw.com

Don Barrett
Brian Herrington
David McMullan
Barrett Law Group, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
Email: dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Shawn M. Raiter
Larson • King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
Telephone: (651) 312-6500
Email: sraiter@larsonking.com

*Interim Co-Lead Class Counsel for Dealership Plaintiffs*

## CERTIFICATE OF SERVICE

I, Brendan H. Frey, hereby certify that I caused a true and correct copy of the **NOTICE OF VOLUNTARY DISMISSAL**, to be served upon all registered counsel of record via the Court's CM/ECF system on July 3, 2014.

*/s/ Brendan H. Frey*
Brendan H. Frey
